# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

January 13, 2006

Richard G. Andrews, Esq.
Office of the United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

    Re:    United States v. Ignazio Lena
             Criminal Action No. 89-49-3-KAJ

Dear Mr. Andrews:

    Defendant has filed a motion for resentencing or, in the alternative, to reduce sentence (D.I. 583-585). Please inform the Court by January 23, 2006 of your position with respect to defendant's motion.

Very truly yours,

*Kent A. Jordan*

KAJ:cas
cc:    Clerk of the Court
       Robert G. Levitt, Esq.