**DLD-290**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 06-5089
_____

UNITED STATES OF AMERICA

v.

IGNAZIO LENA
a/k/a
Eddy Lena


Ignazio Lena,

Appellant
_____

On Appeal From the United States District Court
For the District of Delaware
(D.C. Crim. No. 89-cr-00049-3)
District Judge: Honorable Kent A. Jordan
_____

Submitted For Possible Summary Action
Under Third Circuit L.A.R. 27.4 and I.O.P. 10.6
and/or For a Certificate of Appealability
June 28, 2007

Before: BARRY, AMBRO and FISHER, Circuit Judges.

**JUDGMENT**
_____

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was submitted pursuant to Third Circuit L.A.R. 27.4 and I.O.P. 10.6. On consideration whereof, it is now here

     ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered December 5, 2006, be and the same is hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: July 27, 2007

**Certified as a true copy and issued in lieu of a formal mandate on**   9/17/07

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**